

*1983*
*IFP*
*No Summons*
*JC*

## Case Assignment
## Standard CivilAssignment

Case number **3:11CV-188-S**

Assigned : Judge Charles R. Simpson III
Judge Code : 4411

Designated Magistrate Judge : Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 03/29/2011

[ Request New Judge ] ..... [ Return ]