```
          FILED JS
      US DISTRICT COURT
      WESTERN DISTRICT OF KY

       11 MAR 28 PM 1:07
```

```
KSR
RECEIVED
MAR 14 2011
INMATE ACCOUNTS
```

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Plaintiff **CHARLES BAKER**

V.

Defendant(s) **CHRISTIAN COUNTY JAIL ET, Al**

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

*3:11CV-P188-S*

CASE NUMBER:

I **CHARLES BAKER** declare that I am the (check appropriate box)

(X) petitioner/plaintiff/Movant     ☐ other

In the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or cost Under 28 USC §1915 I declare that I am unable to pay the cost of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you incarcerated? (X) Yes   ☐ No
   If "Yes" state the place of your incarceration **Kentucky State Reformatory**
   Are you employed at the institution? **Yes**   do you receive any payment from the institution? **No**
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   (X) No   **PRISON LABOR**
   A. If the answer is "yes" state the amount of your take home salary or wages and pay period and give the Name and address of your employer. **KENTUCKY STATE REFORMATORY 2.00 DOLLARS DAY**
   B. If the answer is "No" state the date of your last employment, the amount of your take home-salary or wages

And pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession ir other self-employment    Yes    (X) No
   b. Rent payments, interest or dividends             Yes    (X) No
   c. Pensions. annuities, or life insurance payments  Yes    (X) No
   d. Disability or workers compensation payments      Yes    (X) No
   e. Gifts or inheritances.                           Yes    (X) No
   f. Any other source                                 ( ) Yes  X No

If the answer to any of the above is "Yes" describe, on the following page, each source of money and state the amount received and what you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?    Yes    (X) No

   If "yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of Value?    Yes    (X) No

   If "yes," describe the property and state its value.

6. List the persons who are dependant on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

X 3/14/11
_____          _____
Date                              Signature of Applicant

**NOTICE TO PRISONER:** a Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
**CERTIFICATE OF INMATE ACCOUNT**

A prisoner who wishes to file a lawsuit or appeal without the entire filing fee at the time of filing must file:

(1) a motion to proceed in forma pauperis; and

(2) a copy of his or her prisoner trust fund account statement for the 6-month period immediately preceding the filing of the complaint or appeal certified by the appropriate prison official.

(TO BE COMPLETED BY PRISONER)

Name: __CHARLES BAKER__    Inmate No. __239199__

Institution: __KENTUCKY STATE REFORMATORY__

KSR
RECEIVED
MAR 14 2011
INMATE ACCOUNTS

Case No. _____

CERTIFICATION
(TO BE COMPLETED BY PRISON OFFICIAL)

A prison official may certify the prisoner's funds by either (1) attaching a printout of his inmate account deposits and balances for the immediate preceding 6-month period; or (2) completing this form.

_____ I certify that the attached statement is a true record of the above-named inmate's account.
-or-

__✓__ I certify that the above named inmate has the following account history at this institution:

| MONTH | TOTAL DEPOSITS | AVERAGE BALANCE |
|---|---|---|
| 1. PLEASE SEE ATTACHED SIX(6) MONTH STATEMENT FROM PRISON ACCOUNT | | |
| 2. _____ | $ _____ | $ _____ |
| 3. _____ | $ _____ | $ _____ |
| 4. _____ | $ _____ | $ _____ |
| 5. _____ | $ _____ | $ _____ |
| 6. _____ | $ _____ | $ _____ |

_L. Gorden_                              _3-15-11_
Signature of Authorized Official          Date

FROM THE OFFICE
OF K.S.R.
INMATE ACCTS