UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**CHARLES BAKER**                                                    **PLAINTIFF**

v.                                                  **CIVIL ACTION NO. 3:11CV-P188-S**

**BRAD BOYD** *et al.*                                `                      **DEFENDANTS**

### ORDER

Plaintiff Charles Baker has sued Brad Boyd, the Jailer of the Christian County Jail, and the Christian County Jail. Plaintiff complains about incidents that occurred while he was incarcerated at the Christian County Jail.

Christian County is located in the Paducah Division of the Western District of Kentucky.

**IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the docket of the Paducah Division, Western District of Kentucky for re-allotment to a judge assigned to that division. L.R. 3.2(a)(1) and (f). **All future filings related to this action must be filed under the Paducah Division case number.**

The Clerk of Court is **DIRECTED** to mail Plaintiff a docket sheet showing the new case number once it has been assigned by the Paducah Division.

The Clerk of the Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action.

Date:

cc:      Plaintiff, *pro se*

4411.008